BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
clozano@unioncounsel.net
tmainguy@unioncounsel.net
rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED SURFACE PREP, INC. doing business as CONCREATORS, a California Corporation,<br><br>Defendant. | No. 3:17-cv-04621-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER THEREON** |

//

//

//

//

Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiffs and Defendant hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to Plaintiffs' Complaint.

Plaintiffs filed the Complaint in this action on August 11, 2017. The Complaint was served on Defendant on August 21, 2017. Defendant agreed to submit to the compliance audit of its books and records sought by Plaintiffs in the above-captioned litigation. The parties therefore agree that the deadline for Defendant to respond to the Complaint is extended to until October 20, 2017, to allow the audit to be completed and additionally to allow the parties to attempt to resolve this matter consensually.

The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

Dated: August 30, 2017    WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

Dated: August 30, 2017    PORTER LAW GROUP

By: */s/ Brittany Rupley Haefele*
Brittany Rupley Haefele
Attorneys for Defendant

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

*/s/ Tracy L. Mainguy*

**[PROPOSED] ORDER**

Based upon the Stipulation above, the time for Defendant to respond to Plaintiffs' Complaint is extended until October 20, 2017.

IT IS SO ORDERED.

Dated: __August 31__, 2017

THE HONORABLE MAXINE M. CHESNEY

143359\931763

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER THEREON
Case No. 3:17-cv-04621-MMC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001