BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
clozano@unioncounsel.net
tmainguy@unioncounsel.net
rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br> v.<br><br>ASSOCIATED SURFACE PREP, INC. doing business as CONCREATORS, a California Corporation,<br><br>    Defendant. | No. 3:17-cv-04621-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

//

//

//

//

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Trust Funds" or "Plaintiffs"), by and through their Counsel, and Defendant Associated Surface Prep, Inc. doing business as ("Defendant"), by and through its Counsel stipulate and agree as follows:

The Case Management Conference currently scheduled for at November 17, 2017 at 10:30 a.m. is continued until January 12, 2018 at 10:30 a.m. The reason for the continuance is to allow the audit to be completed and additionally to allow the parties to attempt to resolve this matter consensually. The audit is scheduled for December 6, 2017.

The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

Dated: October 30, 2017   WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

Dated: October 30 , 2017   PORTER LAW GROUP

By: */s/ Brittany Rupley Haefele*
Brittany Rupley Haefele
Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# [PROPOSED] ORDER

Based upon the Stipulation above, the case management conference in the above-captioned matter scheduled for November 17, 2017 at 10:30 a.m. is rescheduled for January 12, 2018 at 10:30 a.m.

IT IS SO ORDERED.

Dated: __November 6_____, 2017

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

143359\940205

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001