# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees et al., <br>     Plaintiff(s) <br> v. <br> Associated Surface Prep, Inc., <br>     Defendant(s) | CASE No C 3:17-cv-04621-MMC <br><br> STIPULATION AND [PROPOSED] <br> ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ~~Early Neutral Evaluation (ENE) (ADR L.R. 5)~~
- ☑ **Mediation** (ADR L.R. 6)
- ~~Private ADR (specify process and provider)~~

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ~~the presumptive deadline (90 days from the date of the order referring the case to ADR, unless otherwise ordered.)~~
- ☑ other requested deadline: March 30, 2018

Date: October 30, 2017

Date: October 30, 2017

_____
Attorney for Plaintiff

_____
Attorney for Defendant

☐ IT IS SO ORDERED
~~☐ IT IS SO ORDERED WITH MODIFICATIONS:~~

Date: November 6, 2017

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-2017